ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAY 17 2022

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LARRY EDWARD FOXWORTH | Criminal Indictment<br><br>No. 1:22-CR176 |

THE GRAND JURY CHARGES THAT:

### Count One

On or about July 30, 2021, in the Northern District of Georgia, the defendant, LARRY EDWARD FOXWORTH, willfully attempted, through the use of a firearm, to cause bodily injury to customers, employees, and other people present at a convenience store located at or near 6566 Tara Boulevard in Jonesboro, Georgia, because of the actual and perceived race, color, and national origin of any person. Specifically, the defendant repeatedly discharged a firearm into the store while the store was visibly open for business and while D.W., a person known to the Grand Jury, was inside and while another person, unknown to the Grand Jury, was sitting outside on the premises. The offense included an attempt to kill.

All of which is in violation of Title 18, United States Code, Section 249(a)(1).

### Count Two

On or about July 30, 2021, in the Northern District of Georgia, the defendant, LARRY EDWARD FOXWORTH, did knowingly discharge, carry, and

use a firearm, that is, a Glock 19 9mm pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the violation of 18 U.S.C. § 249(a)(1) charged in Count One of this indictment.

All of which is in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

### Count Three

On or about July 30, 2021, in the Northern District of Georgia, the defendant, LARRY EDWARD FOXWORTH, willfully attempted, through the use of a firearm, to cause bodily injury to customers and employees of a convenience store located at or near 744 Mt. Zion Road in Jonesboro, Georgia, because of the actual and perceived race, color, and national origin of any person. Specifically, the defendant repeatedly discharged a firearm into the store while the store was visibly open for business and while O.A., a person known to the Grand Jury, and a customer, unknown to the Grand Jury, were inside. The offense included an attempt to kill.

All of which is in violation of Title 18, United States Code, Section 249(a)(1).

### Count Four

On or about July 30, 2021, in the Northern District of Georgia, the defendant, LARRY EDWARD FOXWORTH, did knowingly discharge, carry, and use a firearm, that is, a Glock 19 9mm pistol, during and in relation to a crime of

violence for which he may be prosecuted in a court of the United States, that is, the violation of 18 U.S.C. § 249(a)(1) charged in Count Three of this indictment.

All of which is in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

A ___TRUE___ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
 *United States Attorney*

BRENT ALAN GRAY
 *Assistant United States Attorney*
Georgia Bar No. 155089


KRISTEN M. CLARKE
 *Assistant Attorney General*
 *Civil Rights Division*


ALEC C. WARD
 *Trial Attorney, Civil Rights Division*
District of Columbia Bar No. 1781142

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000