U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

MAY 17 2022

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

Division: Atlanta
(USAO: 2022R00141)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: DeKalb

DISTRICT COURT NO.: **1:22-CR177**

MAGISTRATE CASE NO.

X Indictment
DATE: May 17, 2022

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
DEMETRIUS KENDRICKS

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?  Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?  Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?  Yes   X No

District Judge:

Attorney: Katherine I. Terry
Defense Attorney: