

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 3 1 2022

Kevin P. Weimer, Clerk
By:
Deputy Clerk

UNITED STATES OF AMERICA

v.

LARRY EDWARD FOXWORTH

Criminal Action No.
1:22-CR-00176

## Government's Motion for Detention

The United States of America, by counsel, Ryan K. Buchanan, United States Attorney, and Brent Alan Gray, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

### 1. Eligibility of Case

This case is eligible for a detention order because this case involves:

A crime of violence (18 U.S.C. § 3156) – specifically, a violation of 18 U.S.C. § 249, the commission of a racially-motivated hate crime with the intent to kill by firearm.

### 2. Reason for Detention

The Court should detain defendant because there are no conditions of release that will reasonably assure the safety of any other person and the community.

### 3. Rebuttable Presumption

The United States will invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the

defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3). Time for Detention Hearing

The United States requests the Court conduct the detention hearing after continuance of 3 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: May 31, 2022.

Respectfully submitted,

RYAN K. BUCHANAN
United States Attorney

BRENT ALAN GRAY
Assistant U.S. Attorney
Ga. Bar No. 155089