IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. |
| v. | 1:22-CR-176-MHC-JKL |
| LARRY FOXWORTH | |

**MOTION TO SUPPRESS ILLEGALLY SEIZED EVIDENCE
AND BRIEF IN SUPPORT**

COMES NOW Defendant, LARRY FOXWORTH, by and through undersigned counsel, and moves this Court to suppress all physical evidence which was illegally seized during a warrantless search and seizure of Defendant's person and property on or about July 30, 2021, as well as all personal observations by law enforcement officers related to those seizures.

The Indictment against Mr. Foxworth alleges that he committed several federal offenses involving a firearm. On July 30, 2021, several armed law enforcement officers, without probable cause, stopped the car in which Mr. Foxworth was travelling and illegally searched and seized his person and property. Mr. Foxworth avers that his person and his personal belongings were searched prior to obtaining a warrant.

1

Mr. Foxworth specifically moves to suppress all fruits obtained from that illegal search and seizure, including any firearm, fingerprints, ammunition, cellular telephones, and any other physical evidence taken as a result of that warrantless arrest and seizure, as well as all statements allegedly made by him subsequent to the unlawful search and seizure.

Mr. Foxworth believes that he is entitled to and would greatly benefit from an evidentiary hearing with respect to the issues raised in this motion. Additionally, Mr. Foxworth submits that such a hearing would greatly benefit this Court in making such an important Constitutional determination. Therefore, Mr. Foxworth respectfully requests an evidentiary hearing.

Mr. Foxworth further believes that this Court would benefit if counsel had an opportunity to fully brief this matter after a suppression hearing is held. Although counsel has set forth some of the expected facts above, counsel believes that some of the facts will be in controversy and such an opportunity would allow this Court and counsel to seriously weigh the evidence and law before making such an important Constitutional determination, unless, of course, the government concedes

this clear-cut issue. Therefore, Defendant respectfully requests an opportunity to supplement this motion after the suppression hearing.

Based on the facts and arguments set forth above, Mr. Foxworth respectfully requests an evidentiary hearing on this motion and the opportunity to further brief the issue prior to the Court's ruling on the motion.

Dated: This 27th day of June, 2022.

Respectfully Submitted,

 /s/ *Allison Cobham Dawson*
ALLISON C. DAWSON
GEORGIA BAR NO. 171940
Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530
Allison_Dawson@fd.org

Attorney for Mr. Foxworth